LOLA REYNOLDS, Respondent, v. EUGENE B. REYNOLDS, Appellant.— Order

reversed and motion denied. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.